ELECTRONIC CITATION:  2009 FED App. 0006P (6th Cir.)
File Name:  09b0006p.06

**BANKRUPTCY APPELLATE PANEL OF THE SIXTH CIRCUIT**

| | |
|---|---|
| In re:  ROBERT J. MORAN, | ) |
| | ) |
| Debtor. | ) |
| _____ | ) |
| | ) |
| W. THOMAS STARK, | ) |
| | ) |
| Plaintiff-Appellant, | ) |
| | ) |
| | ) |
| v. | )    No. 07-8035 |
| | ) |
| ROBERT JOHN MORAN; MARVIN A. | ) |
| SICHERMAN, | ) |
| | ) |
| Defendants-Appellees. | ) |
| | ) |
| _____ | ) |

Filed:  August 7, 2009

Before:  BOSWELL, FULTON, and RHODES, Bankruptcy Appellate Panel Judges.

_____

**ORDER**

_____

This case comes before the Panel upon remand from the United States Court of Appeals for the Sixth Circuit (the "Court of Appeals").  The Court of Appeals has remanded the case to the Panel with instructions to dismiss the appeal for want of bankruptcy appellate standing.

THEREFORE, IT IS HEREBY ORDERED that the case is DISMISSED.


ENTERED BY ORDER OF THE COURT


/s/ Leonard Green

_____
Clerk